UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ERIC S. CURL,

        Plaintiff,

                                      CASE NO. 1:13-CV-0700

v.

                                        HON. PAUL L. MALONEY

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Green's Report and Recommendation in this matter

(docket # 25); Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (docket # 26);

and the Commissioner's Response to Objections (docket # 27). Under the Federal Rules of Civil

Procedure, where, as here, a party has objected to portions of a Report and Recommendation, "[t]he

district judge . . . has a duty to reject the magistrate judge's recommendation unless, on de novo

reconsideration, he or she finds it justified." 12 WRIGHT, MILLER, & MARCUS, FEDERAL PRACTICE AND

PROCEDURE § 3070.2, at 381 (2d ed. 1997). Specifically, the Rules provide that:

> The district judge to whom the case is assigned shall make a de novo
> determination upon the record, or after additional evidence, of any portion
> of the magistrate judge's disposition to which specific written objection has
> been made in accordance with this rule. The district judge may accept,
> reject, or modify the recommended decision, receive further evidence, or
> recommit the matter to the magistrate judge with instructions.

FED R. CIV. P. 72(b).  De novo review in these circumstances requires at least a review of the evidence before the Magistrate Judge. *Hill v. Duriron Co.*, 656 F.2d 1208, 1215 (6th Cir. 1981).  The Court has reviewed de novo the claims and evidence presented to the Magistrate Judge; the Report and Recommendation itself; Plaintiff's objections; and the Defendant's response to objections.  The Court finds the Magistrate Judge's Report and Recommendation (docket # 25) factually sound and legally correct.

The Magistrate Judge recommends affirming the decision of the ALJ to deny Plaintiff's request for disability insurance benefits and supplemental security income.  In his Objections, Plaintiff primarily reiterates and expands arguments he made in his initial brief.  The Report and Recommendation already carefully, thoroughly, and accurately addresses each of those arguments.  Nothing in Plaintiff's Objections adds to or otherwise changes the analysis.  The Magistrate Judge correctly concluded that substantial evidence supports the ALJ's decision.

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (docket # 25) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **AFFIRMED.**

DATED:  October 22, 2015                     /s/  Paul L. Maloney
                                                              PAUL L. MALONEY
                                                              UNITED STATES DISTRICT JUDGE