UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC S. CURL,

      Plaintiff,

                                        Case No. 1:13-cv-700

v.

                                        HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant,
_____/

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of the defendant and against the plaintiff.

Date:  October 22, 2015                                       /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District